# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-3500

_____

JacQaus L. Martin,                          *
                                            *
            Plaintiff-Appellant,            *
                                            *
      v.                                    *      Appeal from the United States
                                            *      District Court for the
Scott Hayne; Layne Gissler; Mark            *      District of Nebraska.
Thompson; Scott Wayman; Unknown             *
Officer Riech; Randy Crosby; Will           *
Curtis; Barry Lovke; Frank X. Hopkins,      *      **[UNPUBLISHED]**
Michael Kenny,                              *
                                            *
            Defendants-Appellees.           *


_____

No. 03-4000

_____

JacQaus L. Martin,                          *
                                            *
            Plaintiff-Appellant,            *
                                            *
      v.                                    *
                                            *
Frankie White, C.W.; Layne Gissler,         *
C.W.; Mikel I. Balderson, Cpl.; Larry       *
Pankoke, Cpl.; Scott Hayne, Sgt.;           *
Mark Thompson, C.W.; Scott Wayman,          *
Cpl.; Otha Lee Serrell; Michael             *
Kenny,                                      *

                                            *
        Defendants-Appellees.               *


                          _____

                          No. 04-2448
                          _____

JacQaus L. Martin,                          *
                                            *
            Plaintiff-Appellant,            *
                                            *
    v.                                      *
                                            *
Scott E. Hayne; Matthew R. Zier;            *
Scott S. Wagman; Raymond J.                 *
Edleman; David Boli; Ortha Lee              *
Serrell; Michael Kenny; Nebraska            *
Department of Correctional Services,        *
                                            *
            Defendants-Appellees.           *


                          _____

                 Submitted:  July 22, 2004
                      Filed:  July 29, 2004
                          _____

Before MELLOY, LAY, and COLLOTON, Circuit Judges.
                          _____

PER CURIAM.

        The above three appeals are consolidated in order to determine whether
Plaintiff is entitled to proceed  in forma pauperis.

This appeal arises out of the Plaintiff's Complaints that he was sexually assaulted in the year 2000 by prison guards. Three different courts have denied Plaintiff's requests to proceed in forma pauperis. In case No. 04-2448, the district court held that Plaintiff could not proceed in forma pauperis under Federal Rule of Appellate Procedure 24(a)(3) because the appeal was not taken in good faith. As pointed out by the district court, the Plaintiff's appeal was not taken in good faith because the Defendants' summary judgment motion was pending before the district court. We agree and therefore hold Plaintiff may not proceed in forma pauperis in case No. 04-2448.

In cases No. 03-3500 and 03-4000, the Plaintiff appeals, pro se, seeking to proceed in forma pauperis. In both cases the district courts applied 28 U.S.C. § 1915(g), which prohibits the granting of in forma pauperis status to a prisoner who has had three or more actions or appeals dismissed on the grounds that the actions or appeals were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury. In both cases the district courts found that the Plaintiff did not satisfy § 1915(g). We affirm the district courts' orders in both instances. See 8th Cir. R. 47B.

_____